ROSENTHAL, Appellant, v. HUNT, Respondent.

(Common Pleas of New York City and County, General Term. **January 4,**
1894.)

Action by Julian Rosenthal against Peter Hunt.
Argued before DALY, C. J., and BISCHOFF **and PRYOR, JJ.**
Sampter & Fleishman, for appellant.
C. H. Preyer, for respondent.
No opinion. Motion to amend justice's return granted.

---

SCHAEFER, Respondent, v. THORNTON, Appellant.

(Common Pleas of New York City and County, General Term. **January 4,**
1894.)

Appeal from eighth district court.
Action by Julia C. Schaefer against William F. Thornton.
Argued before DALY, C. J., and BISCHOFF **and PRYOR, JJ.**
J. F. Higgins, for respondent.
No opinion. Judgment affirmed, with costs.

---

HUTKOPF, Respondent, v. WEED, Appellant.

(Common Pleas of New York City and County, General Term. **January 5,**
1894.)

Appeal from fifth district court.
Action by Nathan Hutkopf against Robert M. Weed.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
W. C. Davis, for appellant.
J. Levy, for respondent.
No opinion. Judgment affirmed, with costs. See 22 N. Y. Supp. **1127.**

---

RAUBICHECK, Respondent, v. SNEDECOR, Appellant.

(Common Pleas of New York City and County, General Term. **January 5,**
1894.)

Appeal from city court, general term.
Action by Frank Raubicheck against William V. Snedecor.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Niles & Johnson, for appellant.
H. R. Squier, for respondent.
No opinion. Judgment affirmed, with costs. See 25 N. Y. Supp. **1145.**

---

SMITH, Respondent, v. ROBSON, Appellant.

(Common Pleas of New York City and County, General Term. **January 5,**
1894.)

Appeal from city court, general term.
Action by James R. Smith against Stuart Robson.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
W. W. Culver, for appellant.
Howe & Hummel, for respondent.